trabuse 10/05

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

In Re:  *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Michael Jeffrey Morton**
 11767 Westview Parkway
San Diego, CA 92126
xxx–xx–5969
*No Known Aliases*

**Kirsten Leona Morton**
 11767 Westview Parkway
San Diego, CA 92126
xxx–xx–0051
*No Known Aliases*

Case number:  21–01607–LA7
Chapter:  7
Judge  Louise DeCarl Adler

# CLERK'S NOTICE OF UNITED STATES TRUSTEE'S 10–DAY STATEMENT REGARDING PRESUMPTION OF ABUSE UNDER 11 U.S.C. Sect. 707(b)(2)

**The United States Trustee has filed a statement regarding the presumption of abuse under 11 U.S.C. Sect. 707(b)(2), which indicates the following:**

**UST 10–Day Statement of Presumed Abuse: As required by 11 U.S.C. §704(b)(1), the United States Trustee has reviewed all of the materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under §707(b)(2)**

Dated:  7/21/21

Michael Williams
Clerk of the Bankruptcy Court