# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 7/21/2021 |
| Case: 21–01607–LA7 | Form ID: trabuse | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
14861901     Pension plan administrator

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| ust | United States Trustee | ustp.region15@usdoj.gov |
|---|---|---|
| tr | Gerald H. Davis | ghd@trusteedavis.com |
| aty | Kristin Mihelic | Kristin.T.Mihelic@usdoj.gov |
| aty | Michael T. O'Halloran | mto@debtsd.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Michael Jeffrey Morton | 11767 Westview Parkway | San Diego, CA 92126 |
|---|---|---|---|
| jdb | Kirsten Leona Morton | 11767 Westview Parkway | San Diego, CA 92126 |
| 14861892 | Bank of America | Attn: Bankruptcy | Po Box 982234 | El Paso, TX 79998 |
| 14861891 | Bank of America | Po Box 982238 | El Paso, TX 79998 |
| 14861894 | Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | Wilmington, DE 19899 |
| 14861893 | Barclays Bank Delaware | P.o. Box 8803 | Wilmington, DE 19899 |
| 14861896 | Chase Card Services | Attn: Bankruptcy | Po Box 15298 | Wilmington, DE 19850 |
| 14861895 | Chase Card Services | Po Box 15369 | Wilmington, DE 19850 |
| 14861898 | Discover Financial | Attn: Bankruptcy | Po Box 3025 | New Albany, OH 43054 |
| 14861897 | Discover Financial | Pob 15316 | Wilmington, DE 19850 |
| 14861899 | Nordstrom Signature Visa | 13531 E. Caley Ave | Englewood, CO 80111 |
| 14861900 | Nordstrom Signature Visa | Attn: Bankruptcy | Po Box 6555 | Englewood, CO 80155 |
| 14861902 | Toyota Financial Svs. | P.O. Box 5855 | Carol Stream, IL 60197 |

TOTAL: 13