CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

KRISTIN T. MIHELIC, SBN 278483
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Order Entered on
August 18, 2021
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

MICHAEL JEFFREY MORTON and KIRSTEN LEONA MORTON,

Debtor.

BANKRUPTCY NO.   21-01607-LA7
Date of Hearing:
Time of Hearing:
Name of Judge:   Hon. Louise DeCarl Adler

## ORDER ON
## STIPULATION TO EXTEND DEADLINE FOR OBJECTIONS TO DISCHARGE AND MOTIONS TO DISMISS

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __two__ pages. Motion/Application Docket Entry No. __N/A__.

//
//
//
//
//
//
//

DATED: August 18, 2021

_Louise DeCarl Adler_
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**

ORDER ON: STIPULATION TO EXTEND DEADLINE FOR OBJECTIONS TO DISCHARGE AND MOTIONS TO DISMISS
DEBTOR: MICHAEL JEFFREY MORTON AND KIRSTEN LEONA MORTON    CASE NO: 21-01607-LA7

The United States Trustee ("UST") has contacted counsel for the Debtors to review and discuss certain issues in the proceeding which might implicate the Debtors' eligibility for relief under Chapter 7. The Debtors have indicated that they might wish to provide additional documentation concerning their expenditures. The Debtors and the UST believe that additional time is needed for the Debtors to consider and respond to the UST's inquiries and for the UST to review the information when received. The parties hereby stipulate and agree that: (1) the time period within which the UST may object to the Debtors' discharge under 11 U.S.C. §727 is extended to September 16, 2021; and (2) the time period within which the UST may file a motion to dismiss this case under 11 U.S.C. §707(b)(3) is extended to September 16, 2021.

DATE:   8/11/21

/s/Kristin T. Mihelic
Kristin T. Mihelic
Attorney for the United States Trustee

DATE:   8/13/21

/s/ Michael T. O'Halloran
Michael T. O'Halloran
Attorney for Debtor

**CSD 1001A**