## Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 8/18/2021
Case: 21–01607–LA7     Form ID: pdfO4     Total: 6

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustp.region15@usdoj.gov
tr     Gerald H. Davis     ghd@trusteedavis.com
aty     Kristin Mihelic     Kristin.T.Mihelic@usdoj.gov
aty     Michael T. O'Halloran     mto@debtsd.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael Jeffrey Morton     11767 Westview Parkway     San Diego, CA 92126
jdb     Kirsten Leona Morton     11767 Westview Parkway     San Diego, CA 92126

TOTAL: 2