UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL JEFFREY MORTON<br>KRISTEN LEONA MORTON | CASE NO: 21-01607-LA7<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/19/2021, I did cause a copy of the following documents, described below,

ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)

DECLARATION OF MICHAEL WEST IN SUPPORT OF ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)

CSD 2014 (UNITED STATES TRUSTEE'S NOTICE OF HEARING AND MOTION)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/19/2021

/s/ Corina R. Pandeli
Corina R. Pandeli  283054
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA  92101
619 557 5013

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL JEFFREY MORTON<br>KRISTEN LEONA MORTON | CASE NO: 21-01607-LA7<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 8/19/2021, a copy of the following documents, described below,

ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)

DECLARATION OF MICHAEL WEST IN SUPPORT OF ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)

CSD 2014 (UNITED STATES TRUSTEE'S NOTICE OF HEARING AND MOTION)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/19/2021



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Corina R. Pandeli
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA  92101

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MICHAEL T. O HALLORAN                  MICHAEL JEFFREY MORTON              KIRSTEN LEONA MORTON
LAW OFFICE OF MICHAEL T. O HALLORAN    11767 WESTVIEW PARKWAY              11767 WESTVIEW PARKWAY
401 WEST A STREET STE. 1150            SAN DIEGO CA 92126                  SAN DIEGO CA 92126
SAN DIEGO CA 92101
```