**CSD 2014** [12/01/16]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Tax I.D. (EIN#): _____   /S.S.#: XXX-XX- _____   Debtor.

BANKRUPTCY NO.

**UNITED STATES TRUSTEE'S NOTICE OF HEARING AND MOTION**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

   **You are hereby notified** that on _____, at _____.m., in Department ____, Room _____, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of the United States Trustee for [check the appropriate box]:

☐  Dismissal of a chapter 7, 11 or 12 case;

☐  Conversion of a chapter 7, 11 or 12 case

☐  Other [specify the nature of the matter]:

   If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

   Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED:

_____
Attorney for the United States Trustee

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 2014