# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 8/20/2021 |
| Case: 21–01607–LA7 | Form ID: pdf910 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
14861901     Pension plan administrator

                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee         ustp.region15@usdoj.gov
tr           Gerald H. Davis               ghd@trusteedavis.com
aty          Kristin Mihelic               Kristin.T.Mihelic@usdoj.gov
aty          Michael T. O'Halloran         mto@debtsd.com

                                                          TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Michael Jeffrey Morton        11767 Westview Parkway        San Diego, CA 92126
jdb          Kirsten Leona Morton          11767 Westview Parkway        San Diego, CA 92126
14861892     Bank of America        Attn: Bankruptcy        Po Box 982234        El Paso, TX 79998
14861891     Bank of America        Po Box 982238        El Paso, TX 79998
14861894     Barclays Bank Delaware        Attn: Bankruptcy        Po Box 8801        Wilmington, DE 19899
14861893     Barclays Bank Delaware        P.o. Box 8803        Wilmington, DE 19899
14861896     Chase Card Services        Attn: Bankruptcy        Po Box 15298        Wilmington, DE 19850
14861895     Chase Card Services        Po Box 15369        Wilmington, DE 19850
14861898     Discover Financial        Attn: Bankruptcy        Po Box 3025        New Albany, OH 43054
14861897     Discover Financial        Pob 15316        Wilmington, DE 19850
14861899     Nordstrom Signature Visa        13531 E. Caley Ave        Englewood, CO 80111
14861900     Nordstrom Signature Visa        Attn: Bankruptcy        Po Box 6555        Englewood, CO 80155
14861902     Toyota Financial Svs.        P.O. Box 5855        Carol Stream, IL 60197

                                                          TOTAL: 13