CSD1188
07/05

## United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Michael Jeffrey Morton**
 11767 Westview Parkway
San Diego, CA 92126

Social Security No.:   xxx–xx–5969
*Debtor: No Known Aliases*

**Kirsten Leona Morton**
 11767 Westview Parkway
San Diego, CA 92126

Social Security No.:   xxx–xx–0051
*Joint Debtor: No Known Aliases*

Case number:  21–01607–LA7
Chapter:  7
Judge  Louise DeCarl Adler

## NOTICE OF CHANGE IN DATE FIXED FOR HEARING

TO PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that the HEARING on the matter(s) presently set for

**9/23/21 at 2:00 p.m. in D–2 to wit:**

**ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE FOR ABUSE 11USC 707(b) FILED BY CORINA R PANDELI**

be, and the same is hereby changed to **9/30/21 at 02:00 PM, in Department 2, Room 118, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.**

**Hearing changed at the request of the Court due to scheduling conflict.**

 Dated:  8/23/21

Michael Williams
Clerk of the Bankruptcy Court