# Notice Recipients

District/Off: 0974–3              User: Admin.              Date Created: 8/23/2021
Case: 21–01607–LA7               Form ID: 1188             Total: 6

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        ustp.region15@usdoj.gov
tr         Gerald H. Davis              ghd@trusteedavis.com
aty        Kristin Mihelic              Kristin.T.Mihelic@usdoj.gov
aty        Michael T. O'Halloran        mto@debtsd.com

                                                              TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Michael Jeffrey Morton       11767 Westview Parkway     San Diego, CA 92126
jdb        Kirsten Leona Morton         11767 Westview Parkway     San Diego, CA 92126

                                                              TOTAL: 2