Michael T. O'Halloran CLS-B (#99085)
LAW OFFICE OF MICHAEL T. O'HALLORAN
401 West A Street, Ste. 1150
San Diego, CA 92101
Telephone: (619) 233-1727
Email: mto@debtsd.com

Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    MICHAEL J. MORTON and<br>    KIRSTEN L. MORTON,<br><br>              Debtors. | Case No. 21-01607-LA7<br><br>STATEMENT OF NON-OPPOSITION<br>TO MOTION TO DISMISS<br><br>DATE:    September 30, 2021<br>TIME:    2:00 p.m.<br>DEPT:    2 |

    Michael J. Morton and Kirsten L. Morton ("Debtors") have no opposition to the Motion to Dismiss ("Motion") filed by the Office of the United States Trustee ("UST") provided their case is dismissed without prejudice.

Dated: September 2, 2021    LAW OFFICE OF MICHAEL T. O'HALLORAN


                                      By: /s/ Michael T. O'Halloran
                                            Michael T. O'Halloran
                                            Attorney for Debtors