TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     MICHAEL JEFFREY & KIRSTEN LEONA MORTON
Number:     21-01607-LA7

Hearing:    02:00 PM   Thursday, September 30, 2021

Motion:     ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE FOR ABUSE 11USC 707(b) FILED BY CORINA R PANDELI

Motion to Dismiss **GRANTED**.   Debtor does not oppose.   Dismissal is without prejudice.

Court believes that this matter is now resolved by granting the requested relief sought by the U.S. Trustee is granted.   If UST concurs, please notify the courtroom deputy and debtor's counsel and appearances will be excused.    In that event, the US Trustee shall submit an order forthwith.