# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | MICHAEL JEFFREY & KIRSTEN LEONA MORTON |
| **Case Number:** | 21-01607-LA7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 30, 2021 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE FOR ABUSE 11USC 707(b)  FILED BY CORINA R PANDELI

### Appearances:

Appearances excused.

### Disposition:

Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.